21011.   HUNTER v. BENAMY.
21012.   HUNTER, Trustee, *et al.* v. BENAMY.

HAWKINS, Justice.   After a careful consideration of the records and briefs of counsel in these cases, we are of the opinion that the Court of Appeals properly affirmed the judgments of the court below.

*Judgments affirmed. All the Justices concur.*

ARGUED NOVEMBER 15, 1960—DECIDED DECEMBER 5, 1960.

*Huie, Etheridge & Harland, James R. Harland, Jr., Smith, Field, Ringel, Martin & Carr, H. A. Stephens, Jr.,* for plaintiffs in error.
*Robert W. Spears, Wm. G. Grant,* contra.